UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CARLOS MERCADO LOPEZ, | * |
| Petitioner, | * |
| v. | * Civil Action No. 12-cv-12231-IT |
| CHRISTINE VERDINI,[1] | * |
| Respondent. | * |

ORDER OF DISMISSAL

October 27, 2014

TALWANI, D.J.

Pursuant to the court's Memorandum and Order dated October 15, 2014 DENYING Petitioner's petition for a writ of habeas corpus [#1], this case is hereby dismissed. This case is now CLOSED.

IT IS SO ORDERED.

/s/ Indira Talwani
United States District Judge

---

[1] Bruce Gelb is now the current Superintendent of the Northeastern Correctional Center.